Case 5:16-cv-00319 Document 12 Filed in TXSD on 01/05/18 Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 05, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| FIDEL ANGEL GARCIA AND PEDRO GUTIERREZ, JR. <br> Plaintiff, <br><br> V. <br><br> TNL EXPRESS, S.A. DE C.V., A/K/A TNL EXPRESS INTERNATIONAL, INC. AND ENRIQUETA MARTINEZ-DIAZ <br> Defendants, | § § § § § § § § § § <br><br> CIVIL ACTION NO, 5:16-CV-00319 |

### AGREED FINAL JUDGMENT

On this date came on to be considered the captioned cause, and all of the parties having announced in writing through their agreed motion that all matters in controversy have been compromised and settled by agreement, and that such agreement was to the effect that Plaintiffs, FIDEL ANGEL GARCIA and PEDRO GUTIERREZ, JR., take nothing against Defendants TNL EXPRESS, S.A. DE C.V., A/K/A TNL EXPRESS INTERNATIONAL, INC. and ENRIQUETA MARTINEZ-DIAZ and that each party is to bear its own costs of court.

It is, therefore, ORDERED, ADJUDGED and DECREED by the Court that Plaintiffs, FIDEL ANGEL GARCIA and PEDRO GUTIERREZ, JR., take nothing against Defendants, TNL EXPRESS, S.A. DE C.V., A/K/A TNL EXPRESS INTERNATIONAL, INC. and ENRIQUETA MARTINEZ-DIAZ and that court costs are hereby assessed against the party incurring same.

This judgment disposes of all parties and claims and is final and appealable.

Signed this ____05____ day of ____January____, 2018.

_____
PRESIDING JUDGE

**AGREED:**

By: _/s/ Robert A. Valadez_
ROBERT A. VALADEZ
State Bar No. 20421845
SHELTON & VALADEZ, P.C.
600 Navarro, Suite 500
San Antonio, Texas 78205
Telephone: (210) 349-0515
Telecopier: (210) 349-3666

ATTORNEY FOR DEFENDANTS

and

By: _/s/ John Saenz_
JOHN SAENZ
State Bar No. 24038046
JOHN SAENZ & ASSOCIATES, P.C.
805 Dallas Ave.
McAllen, Texas 78501
Toll Free: 1-800-619-0689
Telephone: (956) 467-0111
Telecopier: (956) 467-1742

ATTORNEY FOR PLAINTIFFS